| | |
|---|---|
| 1 | HONORABLE RONALD B. LEIGHTON |
| 2 | U.S. MAGISTRATE JUDGE J. KELLEY ARNOLD |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIAM E. DUNCAN, | NO. C04-5633RBL |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE |
| JOSEPH LEHMAN, | |
| Defendant. | |

Counsel for Plaintiff and Counsel for Defendant having filed a Stipulated Motion to Extend the Dispositive Motion Deadline and the Court being fully advised and having examined the records and files herein;

-IT IS SO ORDERED that the Stipulated Motion to Extend the Dispositive Motion Deadline in this matter be and the same is hereby GRANTED. **The dispositive motion deadline is now March 30, 2006.**

DATED this 2nd day of March, 2006.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Submitted by:
ROB MCKENNA
Attorney General

_____
/s/ SARA J. OLSON, WSBA #33003
/s/ GREGORY J. ROSEN, WSBA #15870
Assistant Attorneys General
Attorneys for Defendant

Approved telephonically
/s/ MICHAEL C. KAHRS

1 | Attorney for Plaintiff

2 | **CERTIFICATE OF SERVICE**

3,4 | I hereby certify that on March 2, 2006, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

5 | MICHAEL C. KAHRS    mkahrs@nwlink.com

7 | /s/ Tammy Laveaux
TAMMY LAVEAUX