UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM DUNCAN,

     Plaintiff,

    v.

JOSEPH LEHMAN ,

     Defendant.

Case No. C04-5633RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

    The Court, having reviewed, the Report and Recommendation of Magistrate Judge j. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendant's Motion for summary judgment is **GRANTED** for the reasons set forth in the Report and Recommendation.

    (3)    The Clerk is directed to send copies of this Order to counsel for plaintiff, counsel for defendant and to the Hon. J. Kelley Arnold.

    DATED this 2nd day of June, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1